1010

JEANETTE SINCLAIR, *Appellant*, v. THE STATE OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-00485-3, Stanley K. Bruhn, J., entered March 7, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Coleman and Agid, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA
LYNN WEST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-04744-6, Robert S. Lasnik, J., entered April 15, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Ellington, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. LEOSHUS
M. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-01378-7, J. Kathleen Learned, J., entered May 4, 1994. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v.
ANABRENDA CORONA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-01654-9, James D. McCutcheon, J. entered May 23, 1994. *Dismissed* by unpublished per curiam opinion.